UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZMA DIWALI ANAYA,<br>    Plaintiff,<br>    v.<br>MARIN COUNTY SHERIFF, et al.,<br>    Defendants. | Case No. 13-cv-04090-WHO<br><br>**ORDER RE REQUEST FOR ACCOMODATIONS**<br><br>Re: Dkt. No. 9 |

Plaintiff has made a request to the Court for accommodations to allow her access to electronic copies of all materials filed in this case as well as general court information. She requests that the materials be provide on CDs, in PDF format for enlargement and in MP3 format for listening. *See* Docket No. 9 at 2.

Access to PDF copies of all documents filed in this case is available through the Public Access to Court Electronic Records (PACER) system at http://cand.uscourts.gov/cm-ecf. From PACER, plaintiff can download PDFs of all case documents and then enlarge and otherwise manipulate them. Moreover, based on plaintiff's representations concerning her physical disability, the Court finds that the plaintiff has demonstrated that an exemption from payment of the PACER User Fee is necessary in order to avoid an unreasonable burden on her access to public information. Therefore, the Court GRANTS plaintiff a PACER User Fee Waiver. The Clerk's Office shall process the fee waiver and plaintiff can register for an account at www.pacer.gov/register.html. This waiver is for the Northern District of California only. Without good cause, any searches outside of the Northern District will be billed to plaintiff at the standard rate.

With respect to general court information, that information is available through the Court's website at www.cand.uscourts.gov. More specifically, "Representing Yourself in Federal Court:

A Handbook for Pro Se Litigants" is available in PDF at http://cand.uscourts.gov/prosehandbook.

Access to electronic copies of documents through PACER and the Court's website adequately addresses plaintiff's request.  Given the Court's limited resources, the Court DENIES the request for accommodation to information on CDs and in MP3 format.

**IT IS SO ORDERED**.

Dated:  January 10, 2014



WILLIAM H. ORRICK
United States District Judge