UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZMA DIWALI ANAYA,<br>　　　　Plaintiff,<br>　　v.<br>MARIN COUNTY SHERIFF, et al.,<br>　　　　Defendants. | Case No. 13-cv-04090-WHO<br><br>**ORDER RE REQUESTS FOR ACCOMMODATION**<br>Re: Dkt. No. 12 |

　　　　On January 10, 2014, in response to the pro se plaintiff's requests for accommodations in light of her disabilities, the Court explained to plaintiff that electronic copies of all documents filed in this case were accessible through the Court's Public Access to Court Electronic Records (PACER) system at http://cand.uscourts.gov/cm-ecf.  The Court also provided plaintiff with a PACER login and issued a fee waiver.

　　　　Plaintiff has contacted the Court again to explain that she really wants a CD containing copies of all documents that have been filed in this case with the document text "in 16 point font."  Docket No. 12.  As explained to plaintiff in the prior Order, through PACER plaintiff can access electronic copies of all documents and then she can enlarge the font and view the documents in any size she chooses.  The Court does not have the resources to provide CDs of materials that have been and will be filed in this case, and electronic access through PACER should meet

plaintiff's need for enlarged font.

However, if plaintiff has an email account, the Court can also set plaintiff up to receive email case notifications. If she signs up for email notification, she will receive an email every time a document, order, or notice is filed in this case. The email will contain a link, allowing plaintiff to immediately open and save the document, order, or notice on her computer. If plaintiff wishes to receive email notifications she should contact the Electronic Case Filing (ECF) help desk by calling 1-866-638-7829 or sending an email to "ECFhelpdesk@cand.uscourts.gov" and ask for assistance in setting up a "Special Mailing Group" account for this case.

At the Case Management Conference on January 7, 2014, the Court told plaintiff that her complaint should be served within 120 days of the date it was filed. <u>That date has passed.</u> It is important that the complaint be served on defendants within thirty days or else the Court may have to dismiss this lawsuit without prejudice.

The Court again encourages plaintiff to visit the link titled "If You Don't Have a Lawyer" on the Court's homepage, www.cand.uscourts.gov. The link discusses the Court's "Legal Help Center" for unrepresented parties. The Legal Help Center can be reached at 415-782-8982 and is located on the 15th floor, room 2796, of the courthouse at 450 Golden Gate Avenue in San Francisco.

The Court sets a further Case Management Conference on **April 8**, 2014 at 2 p.m. in Courtroom 2. Plaintiff may appear by telephone. By

that time, the Court expects that defendants will be able to participate.  A joint Case Management Statement should be filed by April 1, 2014.

**IT IS SO ORDERED**.

Dated: February 13, 2014



WILLIAM H. ORRICK
United States District Judge