UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZMA DIWALI ANAYA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARIN COUNTY SHERIFF, et al.,<br><br>   Defendants. | Case No. 13-cv-04090-WHO<br><br>**ORDER DENYING FURTHER EXTENSIONS OF TIME AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 58, 59, 60, 61 |

Plaintiff has filed two sets of requests seeking to extend the October 24, 2014 deadline for her filing an Amended Complaint against the Marin Jewish Community Center (MJCC) and to respond to or oppose defendant Marin County Sheriff Department's Motion to Dismiss.

On October 16, 2014, I granted plaintiff's first set of requests for extension of time and gave her until **October 24, 2014** to file her Amended Complaint and Opposition. Docket No. 55. Plaintiff was warned that "**NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**. This case has been pending since September 2013 and must be moved forward." *Id*.

Plaintiff, nevertheless, has asked for two more extensions to allow her until November 19, 2014 to file the Amended Complaint and Opposition. Docket Nos. 60, 61. She complains that she has been unable to file the documents because of "circumstances beyond her control."

The requests for extensions of time are **DENIED**. This case has been plagued by delays, inactivity, and repeated requests for extensions of time. I have considered each request carefully and have attempted to reasonably accommodate plaintiff's medical conditions and disabilities by giving plaintiff more than adequate time and direction to allow her to move this case along.

The Marin County Sheriff Department's Motion to Dismiss has been pending since September 30, 2014, and is set for hearing on November 12, 2014. Granting plaintiff's most recent requests for extensions of time would require me to reset the hearing on the motion to dismiss and further delay the finalization of the pleadings in this case.

Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). To show cause and avoid dismissal of her case, plaintiff must file her Amended Complaint against MJCC by **November 4, 2014**. Plaintiff must also respond or file an opposition to the Marin County Sheriff Department's Motion to Dismiss by **November 4, 2014**.

**FAILURE TO DO SO WILL RESULT IN THE DISMISSAL OF THIS CASE FOR FAILURE TO PROSECUTE**. Fed. R. Civ. Proc. 41(b).

If plaintiff files her response or Opposition by November 4, 2014, the Court will issue an order informing defendants and plaintiff whether the hearing on November 12, 2014 will go forward and whether the Court would like defendants to file a Reply.

**IT IS SO ORDERED**.

Dated: October 30, 2014

_____
WILLIAM H. ORRICK
United States District Judge